### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| MUVOX LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO. 2:24-CV-00655-JRG |
| | § | |
| BMG RIGHTS MANAGEMENT GMBH, | § | |
| | § | |
| *Defendant.* | § | |

### ORDER

The Court issues this Order *sua sponte*. Pursuant to Federal Rule of Civil Procedure 4(m), the Court "must dismiss the action without prejudice against that defendant or order that service be made within a specified time" if a defendant is not served within 90 days after the complaint is filed. Plaintiff Muvox LLC ("Plaintiff") does not represent that it has served Defendant Bmg Rights Management GmbH ("Defendant"). The docket for this case indicates that 90 days have passed since filing and that Defendant has not been served.

Accordingly, the Court **ORDERS** Plaintiff to do one of the following within fourteen (14) days of this Order: (i) file a notice indicating the Defendant has been properly served heretofore; (ii) serve Defendant and file a notice indicating the same; or (iii) file a notice dismissing the above-captioned case. If none of these actions are taken, the Court will dismiss the case pursuant to Rule 4(m) after fourteen (14) days from the date of this Order.

**So ORDERED and SIGNED this 2nd day of June, 2026.**

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE