## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **Muvox LLC,** | Case No. 2:24-cv-00655-JRG |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **Bmg Rights Management GmbH,** | |
| Defendant. | |

**PLAINTIFF'S NOTICE OF SERVICE**

Pursuant to the Court's Order issued *sua sponte* under Fed. R. Civ. P. 4(m) on June 3, 2026 [Dkt. 6], Plaintiff files this Notice of Service certifying that service on Defendant was accomplished via US District Clerk's Office for the Eastern District of Texas on June 10, 2026 at 9:28 a.m.

Dated: June 16, 2026                    Respectfully submitted,

/s/ Isaac Rabicoff
Isaac Rabicoff
Rabicoff Law LLC
4311 N Ravenswood Ave Suite 315
Chicago, IL 60613
7736694590
isaac@rabilaw.com

**Counsel for Plaintiff**
**Muvox LLC**

1

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on June 16, 2026 via the Court's CM/ECF system.


/s/ Isaac Rabicoff
Isaac Rabicoff