# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **Muvox LLC,** | Case No. 2:24-cv-00655-JRG |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **Bmg Rights Management GmbH,** | |
| Defendant. | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby dismisses this action with prejudice. Defendant has not yet answered the Complaint or moved for summary judgment.

Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: July 15, 2026          Respectfully submitted,

/s/ Isaac Rabicoff
Isaac Rabicoff
Rabicoff Law LLC
4311 N Ravenswood Ave Suite 315
Chicago, IL 60613
7736694590
isaac@rabilaw.com

**Counsel for Plaintiff**
**Muvox LLC**

1

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing document was served on all parties

who have appeared in this case on July 15, 2026 via the Court's CM/ECF system.


/s/ Isaac Rabicoff
Isaac Rabicoff